74 P.3d 1007

# INTERMEDIATE COURT OF APPEALS OF HAWAI'I

| | | | |
|---|---|---|---|
| Martinez v. State | 24246, 24481 | 07/01/2003 | Affirmed and vacated in part |
| State v. Lester | 25071 | 07/02/2003 | Affirmed |
| Mizukami v. Mizukami | 24864, 24962, 24964 | 07/11/2003 | Affirmed |
| Chang v. Ho | 24428, 24739 | 07/16/2003 | Affirmed |
| Llewellyn v. Llewellyn | 24114 | 07/17/2003 | Affirmed in part, vacated in part and remanded |
| American Sav. Bank, F.S.B. v. Miguel | 24137 | 07/18/2003 | Affirmed |
| Association of Apartment Owners of Hale Umi v. Artero | 24759 | 07/25/2003 | Vacated and remanded |
| Taylor v. Raabe-Manupule | 25059 | 07/29/2003 | Vacated and remanded |
| Doe, In re | 24898, 24902 | 07/29/2003 | Affirmed |
| State v. Claro | 24617, 24618 | 07/30/2003 | Affirmed |